■ Doris Pompa et al., Respondents, v Norma Jabin et al., Appellants. —Appeal from an order of the Supreme Court, Rockland County, dated July 23, 1979, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, dated August 17, 1979, affirmed. No opinion. Plaintiffs are awarded one bill of costs. Damiani, J. P., Gibbons, Margett and Martuscello, JJ., concur.